DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ALLEN v. STANDARD MINERAL CO.

No. 5P85.

Case below: 71 N.C. App. 597.

Petition by defendants for discretionary review under G.S. 7A-31 denied 27 February 1985.

ANDERSON v. CENTURY DATA SYSTEMS

No. 17P85.

Case below: 71 N.C. App. 540.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 February 1985.

AZZOLINO v. DINGFELDER

No. 718PA84.

Case below: 71 N.C. App. 289.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 27 February 1985. Cross petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 27 February 1985.

BIGGERS v. EVANGELIST

No. 720P84.

Case below: 71 N.C. App. 35.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 27 February 1985.

BROOKS, COMR. OF LABOR v. BUTLER

No. 651P84.

Case below: 70 N.C. App. 681.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 27 February 1985.